United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY LAMONT BUNN, JR.,

        Plaintiff,

    v.

PELICAN BAY STATE PRISON,

        Defendant.

Case No. 16-cv-01739 NC (PR)

**ORDER OF DISMISSAL**

       Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights complaint, pursuant to 42 U.S.C. § 1983.  On June 15, 2016, the Court issued an order dismissing the complaint and directing Plaintiff to file an amended complaint within twenty-eight days.  As of this date, Plaintiff has failed to comply with the Court's order or have any further communication with the Court.  Accordingly, Plaintiff's complaint is DISMISSED.  The Clerk shall terminate all pending deadlines and close the file.

       IT IS SO ORDERED.

DATED:   July 25, 2016

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 16-cv-01739 NC (PR)
ORDER OF DISMISSAL

1